Filed 9/26/14  P. v. Wilson CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>TONY WILSON,<br><br>    Defendant and Appellant. | D065831<br><br><br>(Super. Ct. No. SCD252160) |

APPEAL from a judgment of the Superior Court of San Diego County, Timothy R. Walsh, Judge.  Affirmed.

Leslie A. Rose, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Tony Wilson entered a negotiated guilty plea to felony vandalism (Pen. Code, § 594, subds. (a), (b)(1)) and misdemeanor resisting an officer (Pen. Code, § 148, subd.

(a)(1)). The court sentenced him to a stipulated 16-month lower term in jail on the vandalism offense, with credit for time served for resisting an officer. Wilson appeals. We affirm.

BACKGROUND

On November 8, 2013, Wilson entered a restaurant where he threw chairs and tables and knocked over a bin, causing approximately $1,000 in damage. Wilson then went outside and fought with officers employed in the security wing of the San Diego Metropolitan Transit System.

DISCUSSION

Appointed appellate counsel has filed a brief summarizing the proceedings below. Counsel presents no argument for reversal, but asks this court to review the record for error as mandated by *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*). Pursuant to *Anders v. California* (1967) 386 U.S. 738 (*Anders*) counsel mentions as possible, but not arguable, issues (1) whether Wilson's waiver of his right to appeal was valid; (2) whether his plea was constitutionally valid; and (3) whether his trial counsel provided ineffective assistance.

We granted Wilson permission to file a brief on his own behalf. He has not responded. A review of the record pursuant to *Wende* and *Anders*, including the possible issues listed pursuant to *Anders*, has disclosed no reasonably arguable appellate issues. Wilson has been competently represented by counsel on this appeal.

2

DISPOSITION

The judgment is affirmed.

_____

AARON, J.

WE CONCUR:

_____

BENKE, Acting P. J.

_____

O'ROURKE, J.